

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00517-CR

Lashyla Alvarez Schoonover § From Criminal District Court No. 1

§ of Tarrant County (1338474D)

v. § December 10, 2015

§ Opinion by Justice Walker

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
       Justice Sue Walker